THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRED INNES and HAYWARD TURNER, Appellants.

(Argued March 30, 1931; decided May 12, 1931.)

*H. Bennett Salomon* and *Jerome F. Healy, Jr.,* for Fred Innes, appellant.

*Abraham Lipton* and *Michael N. Delagi* for Hayward Turner, appellant.

*Charles B. McLaughlin,* District Attorney (*Sol Boneparth* and *Herman J. Fliederblum* of counsel), for respondent.

Judgment of conviction as to each defendant affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.